## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Mary L. Isaac v. Bayer Corporation, et al.* | No. 12-cv-11173-DRH |
| *Kelly Johnson v. Bayer Corporation, et al.* | No. 09-cv-20115-DRH |
| *Michele Johnson, et al. v. Bayer Corporation, et al.* | No. 10-cv-13490-DRH |
| *Lynae Jones v. Bayer Corporation, et al.* | No. 10-cv-11216-DRH |
| *Dawn M. McCoy v. Bayer Corporation, et al.* | No. 12-cv-11181-DRH |
| *Constance Milton v. Bayer Corporation, et al.* | No. 09-cv-20118-DRH |
| *Cindy Plaisance v. Bayer Corporation, et al.* | No. 09-cv-20108-DRH |
| *Hannah Spencer v. Bayer Corporation, et al.* | No. 12-cv-10907-DRH |
| *Laura Stafford v. Bayer Corporation, et al.* | No. 09-cv-20109-DRH |
| *Megan Zoerb v. Bayer Corporation, et al.* | No. 11-cv-12048-DRH |
| *Amy Rippis v. Bayer Corporation, et al.* | No. 14-cv-10038-DRH |

## <u>JUDGMENT IN A CIVIL CASE</u>

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

**BY:** _/s/*Caitlin Fischer*_
**Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.04.18
11:39:59 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT